JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADRIENNE VITTORE,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation; DOES I through X; inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00155-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties to this litigation participated in a private mediation on November 2, 2016 which resulted in a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED, by and between ESTHER C. RODRIGUEZ, ESQ., as counsel for Plaintiff, ADRIENNE VITTORE, and JERRY S. BUSBY, ESQ. of the law firm

///
///
///
///
///
///
///
///
///

CLAC 3869451.1

| | |
|---|---|
| 1 | COOPER LEVENSON, P.A. as counsel for Defendant, SMITH'S FOOD & DRUG CENTERS, INC., that |
| 2 | this case be dismissed, with prejudice, each party to bear their own fees and costs. |
| 3 | DATED this 23rd day of May, 2017. |

RODRIGUEZ LAW OFFICES, P.C.             COOPER LEVENSON, P.A.

_____         /s/Jerry S. Busby
ESTHER C. RODRIGUEZ, ESQ.               JERRY S. BUSBY, ESQ.
Nevada Bar No. 6473                     Nevada Bar No. 001107
10161 Park Run Drive – Suite 150        1835 Village Center Circle
Las Vegas, NV 89145                     Las Vegas, Nevada 89134
(702) 320-8400                          (702) 366-1125
Attorneys for Plaintiff                 Attorneys for Defendant
ADRIENNE VITTORE                        SMITH'S FOOD & DRUG CENTERS, INC.

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear their own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: __May 25, 2017